**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PATRICK DUNN, *et al.*, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMPLETE PAYROLL SOLUTIONS, LLC,<br><br>Defendant. | Case No. 1:25-cv-30045-LTS<br><br>Judge: Hon. Leo T. Sorokin |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL**
**<u>OF CLASS ACTION SETTLEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 23(e)(2) ("Rule 23"), Plaintiffs Patrick Dunn, Patricia Brown, Eric Marcial, Sokankelly Lim, Patrick Nowak, Carolyn Strycharz, and James Connors ("Plaintiffs"), individually and on behalf of all others similarly situated, respectfully move this Court for final approval of the class action Settlement that this Court preliminarily approved on February 18, 2026.

Class Representatives respectfully request this Court:

1. Grant final certification of the Settlement Class for settlement purposes pursuant to Rule 23(a) and (b)(3);
2. Finally appoint Patrick Dunn, Patricia Brown, Eric Marcial, Sokankelly Lim, Patrick Nowak, Carolyn Strycharz, and James Connors as Class Representatives;
3. Finally appoint David Lietz of Milberg PLLC, Danielle L. Perry of Mason & Perry LLP, and Carl V. Malmstrom of Wolf Haldenstein Adler Freeman & Herz LLC as Class Counsel pursuant to Fed. R. Civ. P. 23(g);
4. Approve the requested attorneys' fees of $866,666.67 and reimbursement of litigation expenses in the amount of $16,611.24 to Class Counsel;

5. Finally approve the requested Service Award of $2,500.00 for each Class Representative, for a total of $17,500.00;
6. Find that the Notice met the requirements of Rule 23(c)(2)(B);
7. Find that the terms of the Settlement Agreement are fair, reasonable, and adequate and are approved, adopted, and incorporated by the Court;
8. Direct the Parties, their respective attorneys, and the Claims and Settlement Administrator to consummate the Settlement in accordance with the [Proposed] Final Approval Order and Judgment and the terms of the Settlement Agreement;
9. Resolve all claims as to all Parties and Class Members in this action and issue the [Proposed] Final Approval Order and Judgment; and
10. Dismiss the lawsuit with prejudice and without costs, except as provided in the Settlement Agreement.

Defendant does not oppose the relief sought in this motion.

WHEREFORE premises considered, Plaintiffs request that this Court grant this motion, as well as *Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards*, filed on May 5, 2026 (Doc. No. 60).

Dated: May 26, 2026

Respectfully submitted,

*/s/ David K. Lietz*

David K. Lietz*
**MILBERG PLLC**
5335 Wisconsin Ave., NW, Suite 440
Washington, DC 20015
Tel: 866.252.0878
dlietz@milberg.com

Carl V. Malmstrom*
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

Danielle L. Perry*
**MASON & PERRY LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290
dperry@masonllp.com

*Interim Co-Lead Counsel for Plaintiffs*

**Pro hac vice*

**RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), Plaintiffs conferred with Defendant by providing Defendant with a copy of the proposed motion and memorandum to Defendant's Counsel via email. Defendant indicated that it does not oppose the relief sought in this motion.

Dated: May 26, 2026

*s/ David K. Lietz*
*Class Counsel and Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ David K. Lietz*
*Class Counsel and Counsel for Plaintiffs*